**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02798-BNB

MICHAEL ANTHONY DAILEY,

    Plaintiff,

v.

SGT. DOIZAKI, #9537,
CAPTAIN PERERA,
DEP. VEITH, #10020,
DEP. LOFLAND, #06077,
CHARGE NURSE SUSAN, #00147,
DR. JASON GROPE, Medical,
NURSE PRACTITIONER PATTY KELLY, Medical,
ELAINE MEYER, H.S.A., Medical,
MILLER, #9927,
GANAWAY, Ct. Serv.,
DESHA, #09069,
BAKER, #08060,
LONGFELLOW, #06017,
FREEMAN, #9933,
WENZEL, #00234,
BREWER, #9526,
SUSI, #03087,
B. MOTT, #07071,
ACTING SGT. FOR DOIZAKI, #9036,
THOMPSON, #09073, and JOHN DOE(S) SORT, 12-28-11 EXTRACTION,
BANDCROFT,
KRAUS, #01070,
BRISKI, #08032,
REID, #07067,
TERRY, #9919,
GREENMEYER,
MONTANNA,
SGT, TRACY, #8722,
SEG. ORTON, #07058,
SEG. SHIELDS, #07020,
SEG. CARTER, #07064,
SEG. MATTHEWS, #09018,
SEG. HOPKINS,
ROBINSON, #10068,

MOLLERUD, #9953,
ALBERCIE, #08040,
GORDON, #9208,

METCALF, #07051,
C. JONES, #10018,
LT. JD KNIGHT, 8626,
SGT. STEDMAN, #9837,
SGT. SMICHNY, #9118,
SGT. WISCAMB, #9750,
SGT. KELSO, #00205,
SGT. CRANFILL, #03060,
SGT. IPPLE, #00209,
LT. FOGG, #02054,
LT. WHITAKER, #9042,
L. WESTBERG, #8727,
M. ORTLER, #8674,
L. TURNIGE, ACSO,
SHERIFF GRAYSON ROBINSON,
BRANDI, Class,
ERIN, Law Clerk,
L.S., Classification, 05088,
TARA, Classification, and
NURSE JOE,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      On December 17, 2012, Plaintiff filed a Motion for Copy of Prisoner Complaint, ECF No. 15, in which he requests that the Court send copies of the Prisoner Complaint that he filed with the Court. The request is GRANTED. The Clerk of the Court is directed to send a copy of ECF No. 1 to Plaintiff. Plaintiff has thirty days from the date of this Minute Order to comply with the Court's December 11, 2012 Order.

Dated: December 18, 2012