# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.12-cv-02798-BNB

MICHAEL ANTHONY DAILEY,

    Plaintiff,

v.

SGT. DOIZAKI, #9537,
DEP. VEITH, #10020,
DEP. LOFLAND, #06077,
DR. JASON GROPE, Medical,
NURSE PRACTITIONER PATTY KELLY, Medical,
ELAINE MEYER, H.S.A., Medical,
MILLER, #9927,
GANAWAY, Ct. Serv.,
BAKER, #08060,
LONGFELLOW, #06017,
FREEMAN, #9933,
WENZEL, #00234,
BREWER, #9526,
B. MOTT, #07071,
ACTING SGT. FOR DOIZAKI, #9036,
THOMPSON, #09073,
KRAUS, #01070,
BRISKI, #08032,
TERRY, #9919,
SEG. ORTON, #07058,
SEG. SHIELDS, #07020,
SEG. CARTER, #07064,
ROBINSON, #10068,
MOLLERUD, #9953,
ALBERCIE, #08040,
METCALF, #07051,
C. JONES, #10018,
LT. JD KNIGHT, 8626,
SGT. WISCAMB, #9750,
SGT. KELSO, #00205,
LT. FOGG, #02054,
LT. WHITAKER, #9042,
L. WESTBERG, #8727,
L. TURNIGE, ACSO,
SHERIFF GRAYSON ROBINSON,

BRANDI, Class,
ERIN, Law Clerk,
L.S., Classification, 05088,
TARA, Classification, and
NURSE JOE,
PEREA, and
BANCROFT,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      Plaintiff, a *pro se* litigant, has requested, in ECF No. 23, that the Court initiate service. An attempt to initiate service in the instant action, nonetheless, is premature and the request is DENIED. Service of process shall not issue until further order of the Court.

Dated:  February 6, 2013