**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No.  12-cv-02798-RM-KLM

MICHAEL ANTHONY DAILEY,

      Plaintiff,

v.

DOIZAKI #9537,
PATTY KELLY, Nurse Practitioner,
DEPUTY BREWER #9526,
DEPUTY B. MOTT #07071,
CHIEF PEREA,
DEPUTY BANDCROFT,
DR. JASON GROPE, and
GRAYSON ROBINSON, Arapahoe County Sheriff,

      Defendants.

---

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

---

The Court, having reviewed Plaintiff Michael A. Dailey's Motion to Dismiss (ECF No. 65), as well as Defendants' Response to Plaintiff's Motion to Dismiss (ECF No. 68), and being fully advised, hereby ORDERS as follows:

The above-captioned matter is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(2).

DATED this 24th day of July, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge